**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE PROSHARES TRUST II SECURITIES
LITIGATION



19 **CIVIL** 886 (DLC)

**JUDGMENT**

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2020, Defendants' September 27, 2019 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
January 3, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

**By:** _____
**Deputy Clerk**