UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 IN RE PROSHARES TRUST II SECURITIES     :        19cv0886 (DLC)
 LITIGATION                              :
                                         :                ORDER
----------------------------------------X


DENISE COTE, District Judge:

    On April 5, 2021, the Second Circuit Court of Appeals

issued a mandate affirming the judgment of this Court in the

above-captioned case.  Under the Securities Exchange Act of

1934, as amended by the Private Securities Litigation Reform Act

of 1995, the Court must,

> upon final adjudication of the action, . . . include in the
> record specific findings regarding compliance by each party
> and each attorney representing any party with each
> requirement of Rule 11(b) of the Federal Rules of Civil
> Procedure as to any complaint, responsive pleading, or
> dispositive motion.

15 U.S.C. § 78u-4(c)(1).  Accordingly, it is hereby

    ORDERED that the plaintiff shall file a Memorandum of Law

and Proposed Findings of Fact and Conclusions of Law for the

Court's consideration pursuant to 15 U.S.C. § 78u-4(c)(1) by

**April 19, 2021.**

    IT IS FURTHER ORDERED that the defendants may file any

opposition to the plaintiff's Memorandum of Law and Proposed

Findings of Fact and Conclusions of Law by **April 26, 2021.**

Dated:   New York, New York
         April 5, 2021

                        _____
                              DENISE COTE
                        United States District Judge